01
02
03
04
05
06
07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08 UNITED STATES OF AMERICA,

                                               )
                                               )   CASE NO. MJ 13-579

09        Plaintiff,                         )
                                                 )

10       v.                                       )
                                               )   DETENTION ORDER

11 HYANG RAN KIM,                     )
                                               )

12       Defendant.                     )
_____ )

13

14 <u>Offense charged</u>:       Unlawful Entry to Eluding Examination and Inspection

15 <u>Date of Detention Hearing</u>:     November 26, 2013.

16         The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18 that no condition or combination of conditions which defendant can meet will reasonably

19 assure the appearance of defendant as required and the safety of other persons and the

20 community.

21         <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22         1.       Defendant is reportedly a citizen of South Korea.

DETENTION ORDER
PAGE -1

01   2.  The United States alleges that her presence in this country is illegal.   There is an

02 immigration detainer pending against her.  The issue of detention in this case is therefore

03 essentially moot, as the defendant would be released to immigration custody if not detained in

04 this case.

05   3.  Defendant and her counsel offer no opposition to entry of an order of detention.

06   4.  Upon advice of counsel, defendant declined to be interviewed by Pretrial

07 Services.   Therefore, there is limited information available about her.

08   5.  There does not appear to be any condition or combination of conditions that will

09 reasonably assure the defendant's appearance at future Court hearings while addressing the

10 danger to other persons or the community.

11 It is therefore ORDERED:

12  1. Defendant shall be detained pending trial and committed to the custody of the Attorney

13    General for confinement in a correction facility separate, to the extent practicable, from

14    persons awaiting or serving sentences or being held in custody pending appeal;

15  2. Defendant shall be afforded reasonable opportunity for private consultation with

16    counsel;

17  3. On order of the United States or on request of an attorney for the Government, the

18    person in charge of the corrections facility in which defendant is confined shall deliver

19    the defendant to a United States Marshal for the purpose of an appearance in connection

20    with a court proceeding; and

21  4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

22    for the defendant, to the United States Marshal, and to the United State Pretrial Services

DETENTION ORDER
PAGE -2

01      Officer.

02      DATED this <u>26th</u> day of November, 2013.

04      Mary Alice Theiler
05      Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3